JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROGER WAYNE ROBERTSON, | Case No. CV 16-8872 DOC (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| JOE A. LIZARRAGA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed without prejudice.

DATED: May 15, 2017

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE